# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **BRITIN RILEY,** | **No. ED CV 13-01943-VBF-JC** |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| WARDEN SOTO, | |
| Respondent. | |

Final judgment is hereby entered in favor of the respondent and against petitioner Britin Riley.

IT IS SO ADJUDGED.

Dated: March 30, 2018

_Valerie Baker Fairbank_
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge